IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 19-692 |
| STEVE MACK | : | |

## ORDER

**AND NOW**, this 24th day of August 2020, upon considering the Defendant's *pro se* request (ECF Doc. No. 56) to dismiss the possession of firearms charges against him under Sections 924(c)(1) and 922(g)(1), the United States' Response (ECF Doc. No. 57), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's *pro se* request to dismiss (ECF Doc. No. 56) is **DENIED** without prejudice to challenge the sufficiency of evidence and credibility of witnesses at trial.

KEARNEY, J.