# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 19-692 |
| STEVE MACK | : |

## ORDER

**AND NOW**, this 24th day of August 2020, upon considering the Defendant's Motion to suppress (ECF Doc. No. 12), the United States' Opposition (ECF Doc. No. 21), Defendant's *pro se* supplemental Motion (ECF Doc. No. 56), the United States' Response (ECF Doc. No. 57), following an evidentiary hearing where we evaluated the credibility of four witnesses and admitted exhibits, and for reasons in the accompanying Memorandum with Findings of Fact and Conclusions of Law, it is **ORDERED** Defendant's Motions to suppress (ECF Doc. Nos. 12, 56) are **DENIED**.

KEARNEY, J.