IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 19-692 |
| | : | |
| STEVE MACK | : | |

## ORDER

**AND NOW**, this 17th day of September 2020, upon considering the United States' Motion *in limine* to admit audio recordings and transcripts (ECF Doc. No. 61), Defendant electing to not file a written opposition but raise objections at yesterday's evidentiary hearing (ECF Doc. No. 72) under *United States v. Starks*[1], and for reasons more fully described on the record during yesterday's hearing after finding the United States met its burden of demonstrating authenticity of the audio recordings and transcripts under the *Starks* factors and as described in the accompanying Memorandum, it is **ORDERED** the United States' Motion (ECF Doc. No. 61) is **GRANTED** and the United States may admit audio recordings and the transcripts of those recordings subject to its agreement not to refer to the recordings as originating from jail unless Defendant opens the door to this issue.

KEARNEY, J.

---

[1] 515 F.2d 112 (3d Cir. 1975).