**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 19-692** |
| | : | |
| **STEVE MACK** | : | |

## ORDER

**AND NOW**, this 26th day of January 2021, upon considering Defendant's Motion under Fed.R.Crim.P. 29 challenging the jury's verdict as to Counts III and IV (ECF Doc. No. 124), the United States' Response (ECF Doc. No. 134), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 124) is **DENIED**.

_____
**KEARNEY, J.**